PARKVIEW HOLDING CORPORATION, Appellant, *v.* ALCOR REALTY CORPORATION, Respondent.

(Argued June 5, 1933; decided July 11, 1933.)

*Sidney S. Levine* for appellant.

*Nathan Siegel, Jr., Norbert Ruttenberg* and *Nelson Ruttenberg* for respondent.

no opinion. (See 262 N. Y. 648.)

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. Not sitting: HUBBS, J.